## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                               Civil Action File No.:
                                            1:21-CV-00227

v.

PARTY CITY CORPORATION,
a Foreign Profit Corporation,
d/b/a Party City,

      Defendant.
_____/

## NOTICE OF VOLUNTARY
## <u>DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Estrada hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing that party's own attorney fees and costs.

Dated: April 28, 2021.

                              Respectfully submitted,

                              */s/ Matthew N. Pope*
                              Matthew N. Pope
                              GA Bar No. 584216

                              **Counsel for Plaintiff Michael Estrada**

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** was served upon Defendant via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated: April 28, 2021.

Respectfully submitted,

*/s/ Matthew N. Pope*
Matthew N. Pope
GA Bar No. 584216

**Counsel for Plaintiff Michael Estrada**

MATTHEW N. POPE, P.C.
900 2nd Avenue
P.O. Box 2624
Columbus, Georgia 31902
Ph. (706) 324-2521
matt@mpopelaw.com

3